**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 20-3224-JFW(MAAx)**                                    Date:  February 16, 2021

Title:    Leonor Mendez -v- Smithfield Packaged Meats Corp., et al.

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                               **None Present**
   **Courtroom Deputy**                                             **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                        None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

   After counsel received the Court's Order re: Exhibits filed February 2, 2021 (Docket No. 30), it is difficult to understand why counsel could not comply with the Court's requirements in connection with the Joint Set of Exhibits filed on February 12, 2021 (Docket No. 55).

   Accordingly, lead counsel shall, on or before February 17, 2021, show cause in writing why they should not each be sanctioned in the amount of $1,500.00.  In addition, counsel shall re-file the Joint Set of Exhibits by February 17, 2021.  Each exhibit shall be separately filed on CM/ECF and counsel shall include a meaningful description of each exhibit such that it can be easily identified on the docket.  For example, if the re-filed Joint Set of Exhibits appears as Docket No. 56, Defendant's Summary Judgment Exhibit No. 1 should be filed as Docket No. 56-1 with a description of the exhibit that includes the title of the exhibit and the exhibit number (e.g., Defendant's Exhibit 1: Smithfield's Equal Employment Policy).  Defendant's Summary Judgment Exhibit No. 2 should be filed as Docket No. 56-2 with a description of the exhibit which includes the title of the exhibit and exhibit number (Defendant's Exhibit 2: Relevant portions of the Code of Conduct), and so on.

   IT IS SO ORDERED.